| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
T3M Inc., a Delaware corporation

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
FKA  T3 Motion, Inc., a Delaware corporation

**3. Debtor's federal Employer Identification Number** (EIN)  
20-4987549

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5181 Edison Ave.<br>Chino, CA 91710<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Riverside<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **T3M Inc., a Delaware corporation**  Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **T3M Inc., a Delaware corporation**                                   Case number (*if known*)
        Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    T3M Inc., a Delaware corporation    Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/15/17
              MM / DD / YYYY

X _____    Mi "Michael" Zhang
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X _____    Date    5/15/17
Signature of attorney for debtor             MM / DD / YYYY

**Aram Ordubegian**
Printed name

**Arent Fox LLP**
Firm name

**555 West Fifth Street, 48th Floor**
**Los Angeles, CA 90013**
Number, Street, City, State & ZIP Code

Contact phone    213.629.7400    Email address

**(185142)**
Bar number and State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Aram Ordubegian (SBN 185142)<br>M. Douglas Flahaut (SBN 245558)<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065<br>Telephone: 213.629.7400<br>Facsimile: 213.629.7401<br>Email:    aram.ordubegian@arentfox.com<br>         douglas.flahaut@arentfox.com<br><br>Attorney for: Debtor and Debtor-in-Possession | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>T3M Inc., a Delaware corporation<br><br><br><br><br><br>                                                              Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |
|---|---|

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>001-35133</u>.

2. The following financial data is the latest available information and refers to the debtor's condition on <u>09/30/2013</u>.
   a. Total assets                                                                    $ <u>2505593.00</u>
   b. Total debts (including debts listed in 2.c., below)                              $ <u>11324465.00</u>
   c. Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |

   d. Number of shares of preferred stock <u>0</u>
   e. Number of shares of common stock <u>22100777</u>
   Comments, if any:

3. Brief description of the Debtor's business: Develop and manufacture personal mobility vehicles powered by electric motors.

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:
   CEDE & CO 16%; Business Wise Global Limited 10%; Expert Asia Investment Limited 10%; Feng Shun Holdings Limited 39%

# RESOLUTION OF T3M INC., A DELAWARE CORPORATION, AUTHORIZING THE FILING OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Michael Zhang, do hereby certify:

1. That I am the chairman of the board of directors ("Chairman") of T3M Inc., a Delaware Corporation (the "Company").

2. That at a special meeting of the board of directors of the Company duly held on April 21, 2017, the following resolutions were duly enacted, and these resolutions remain in full force and effect, without modifications as of May 15, 2017:

> **RESOLVED**, that the CEO of the Company is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of this Company, its creditors, and other interested parties, to file a petition under chapter 11 of the Bankruptcy Code.
>
> **FURTHER RESOLVED**, that, if the CEO of this Company makes such a determination, a petition under Chapter 11 of the Bankruptcy Code is to be filed as submitted either by the CEO or by any other officer of this Company. Such a petition is hereby approved and adopted in all respects, and each of the Company's officers are hereby authorized and directed, on behalf of and in the name of this Company, to execute and verify such a petition and to cause the petition to be filed with the United States Bankruptcy Court for the Central District of California.
>
> **FURTHER RESOLVED**, that—in connection with commencing, sustaining, or successfully terminating a proceeding under Chapter 11 of the Bankruptcy Code—the CEO or any other officer of this Company is hereby authorized to execute and file all petitions, schedules, lists, and other papers and to take any and all other actions that the CEO deems necessary and proper, including retaining and employing legal counsel.
>
> **FURTHER RESOLVED**, that the firm of Arent Fox LLP ("Arent Fox") is hereby retained as attorneys for this Company in connection with the commencement, maintenance, and termination of any chapter 11 case commenced by the Company—including all contested matters, adversary proceedings, and appeals arising in or from such a chapter 11 case—

AFDOCS/14947685.2

pursuant to the terms and conditions set forth in all written agreements between the Company and Arent Fox. Additionally, LKP Global Law LLP is retained as special litigation counsel for the Company with respect to prosecuting and defendant pending litigation and potential future litigation.

_____
Michael Zhang, Chairman of the Board of Directors of T3M Inc., a Delaware Corporation

Date: May 15, 2017

| Fill in this information to identify the case: |
|---|
| Debtor name   T3M Inc., a Delaware corporation |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/15/17         x  /s/ _____
                                   Signature of individual signing on behalf of debtor

**Mi "Michael" Zhang**
Printed name

**President**
Position or relationship to debtor

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**NONE**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**NONE**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**NONE**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**NONE**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Tianjin, China , California.

Date:  05/15/17

Mi "Michael" Zhang
Signature of Debtor

Signature of Joint Debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | T3M Inc., a Delaware corporation |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                               12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Avon Tyres 4600 Prosper Drive Stow, OH 44224 | | Trade debt | | | | $38,261.92 |
| Axis US 725 S Figueroa St # 2250 Los Angeles, CA 90017 | | Lawsuit | | | | $30,125.00 |
| Beyond Century 21660 E. Copley Drive Suite 268 Diamond Bar, CA 91765 | | Trade debt | | | | $46,375.00 |
| Catalpa Group P.O. Box 661506 Arcadia, CA 91066 | | Trade debt | Disputed | | | $16,043.00 |
| Clear Sky Law Group 2173 Salk Avenue, Suite 250 Carlsbad, CA 92008 | | Services Rendered | Disputed | | | $18,000.00 |
| Cordero Charitable Remainder Trust PO BOX 6240 Stateline, NV 89449 | | | | | | $33,333.32 |
| David Fusco 21411 Countryside Dr. Lake Forest, CA 92630 | | Trade debt | | | | $21,533.00 |
| Elena Chan 229 Santa Cruz Road Arcadia, CA 91007 | | Services Rendered | | | | $15,089.03 |

Debtor  **T3M Inc., a Delaware corporation**                             Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EVlithium Limited RM 1618B 16/F Ho King Comm CTR 2-16 Fa Yuen St. Mongkok Kln HONG KONG | | Trade debt | Contingent Subject to Setoff | | | $31,460.00 |
| Franchise Tax Board Bankrutpcy Unit P.O. Box 2952 Sacramento, CA 95812-2952 | | Tax Debt | | | | $7,000.00 |
| Global Logistical Connection 475 W Manville St Compton, CA 90220 | | Trade debt | | | | $17,520.36 |
| Lender Collections LLC 216 1st Avenue, Suite 333 Seattle, WA 98104 | | Lawsuit | | $1,475,272.00 | $0.00 | $1,475,272.00 |
| LKP Global Law, LLP 1901 Avenue of the Stars #480 Los Angeles, CA 90067 | | Services Rendered | | | | $424,353.00 |
| McDonald c/o Tiger Group 60 State Street, 11th Floor Boston, MA 02109 | | Trade debt | Disputed Subject to Setoff | | | $101,901.00 |
| Noel Cherowbrier 970 Challenger St. Chino, CA 91710 | | Trade debt | | | | $36,037.35 |
| Salesforce.com Inc. One Market, Suite 300 San Francisco, CA 94105 | | Trade debt | | | | $18,535.80 |
| SBA Tek, Inc. 2010 W Chestnut Ave Santa Ana, CA 92703 | | Trade debt | | | | $20,489.37 |
| Simon & Partners Isle of Lucaya, Freeport Grand Bahamas, Bahamas Bahamas | | Services Rendered | Disputed | | | $190,000.00 |

Debtor  **T3M Inc., a Delaware corporation**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TAAD LLP 20955 Pathfinder Rd., Suite 100 Diamond Bar, CA 91765 | | Services Rendered | Disputed | | | $38,000.00 |
| UPS Supply Chain Solutions 12380 Morris Road Alpharetta, GA 30005 | | Trade debt | | | | $20,609.19 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Aram Ordubegian**<br>**555 West Fifth Street, 48th Floor**<br>**Los Angeles, CA 90013**<br>213.629.7400 Fax: 213.629.7401<br>California State Bar Number: **(185142)**<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**T3M Inc., a Delaware corporation**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 05/15/17                                                            _____
                                                                                           Signature of Debtor 1

Date: _____                                 _____
                                                                                           Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 5/15/17                                                              _____
                                                                                           Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                              **F 1007-1.MAILING.LIST.VERIFICATION**

T3M Inc., a Delaware corporation
5181 Edison Ave.
Chino, CA 91710


Aram Ordubegian
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013


Avon Tyres
4600 Prosper Drive
Stow, OH 44224


Axis US
725 S Figueroa St # 2250
Los Angeles, CA 90017


Beyond Century
21660 E. Copley Drive Suite 268
Diamond Bar, CA 91765


Catalpa Group
P.O. Box 661506
Arcadia, CA 91066


Clear Sky Law Group
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008


Cordero Charitable Remainder Trust
PO BOX 6240
Stateline, NV 89449

David Fusco
21411 Countryside Dr.
Lake Forest, CA 92630


Elena Chan
229 Santa Cruz Road
Arcadia, CA 91007


EVlithium Limited
RM 1618B 16/F Ho King
Comm CTR 2-16 Fa Yuen St.
Mongkok Kln
HONG KONG


Franchise Tax Board
Bankrutpcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Global Logistical Connection
475 W Manville St
Compton, CA 90220


Lender Collections LLC
216 1st Avenue, Suite 333
Seattle, WA 98104


LKP Global Law, LLP
1901 Avenue of the Stars #480
Los Angeles, CA 90067


McDonald
c/o Tiger Group
60 State Street, 11th Floor
Boston, MA 02109

Noel Cherowbrier
970 Challenger St.
Chino, CA 91710


Salesforce.com Inc.
One Market, Suite 300
San Francisco, CA 94105


SBA Tek, Inc.
2010 W Chestnut Ave
Santa Ana, CA 92703


Simon & Partners
Isle of Lucaya, Freeport
Grand Bahamas, Bahamas
Bahamas


TAAD LLP
20955 Pathfinder Rd., Suite 100
Diamond Bar, CA 91765


UPS Supply Chain Solutions
12380 Morris Road
Alpharetta, GA 30005


US Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549-0213


US Securities & Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, CA 90071-2934