UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>T3M INC., a Delaware corporation<br><br>Debtor and Debtor-in-Possession. | CHAPTER 11 (BUSINESS)<br>Case Number: 6:17-bk-14082-SY<br>Operating Report Number: 3<br>For the Month Ending: July 31, 2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $172,529.55

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $140,847.81

3. BEGINNING BALANCE: — $31,684.74

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | $0.00 |
| Accounts Receivable - Pre-filing | |
| General Sales | |
| Other (Specify) | |
| **Other (Specify)  From other DIP accts. | $72,000 |

TOTAL RECEIPTS THIS PERIOD: — $72,000

5. BALANCE: — $103,684.74

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | $0.00 |
| Disbursements (from page 2) | $98,768.76 |

TOTAL DISBURSEMENTS DURING THIS PERIOD:*** — $98,768.76

7. ENDING BALANCE: — $4,915.98

8. General Account Number(s): XX-XXXX7861

Depository Name & Location:
East West Bank
9300 Flair Drive, Suite 106
El Monte CA 91731

*All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

| Date n/dd/yyyy | Check Number | Payee or DIP account | Purpose | * Amount Transfer' d | ** Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 06/19/17 | 103 | Carlisle Transport | PO# 11869 | | 2,416.50 | 2,416.50 |
| 06/27/17 | 1003 | Line X of South  Los Angeles | PO#C787&C785 | | 3,588.50 | 3,588.50 |
| 06/28/17 | 1004 | Line X of South Los Angeles | PO#11884 | | 430.00 | 430.00 |
| 06/23/17 | 1006 | KEC  American Corporation | Engineering Consultant | | 2,000.00 | 2,000.00 |
| 06/27/17 | 1007 | KEC American Corporation | Engineering Consultant | | 2,000.00 | 2,000.00 |
| 06/30/17 | 1009 | Top Top Velarde's | PO#11891 | | 1,745.00 | 1,745.00 |
| 07/3/17 | 1010 | Avon Tyres, Inc. | PO#11208 & Cashier Check | | 2,760.00 | 2,760.00 |
| 07/06/17 | 1013 | Pacific Safeway LP | Rent | | 14,395.92 | 14,395.92 |
| 07/6/17 | 1014 | Kaiser | Health Insurance | | 13,580.49 | 13,580.49 |
| 07/06/17 | 1015 | First Insurance | D&O – Liability Insurance | | 25,311.33 | 25,311.33 |
| 07/06/17 | 1016 | Imperial electric Company | PO#11727 | | 7,446.80 | 7,446.80 |
| 07/7/17 | 1017 | One Stop PC | Monthly IT Service | | 2,500.00 | 2,500.00 |
| 07/7/17 | 1018 | ELK Products Inc | PO#11871 | | 269.00 | 269.00 |
| 07/12/17 | 1019 | FABCOR | PO#11889 | | 1,421.50 | 1,421.50 |
| 07/18/17 | 1020 | Evelyn Velarde | Reload Prepaid Visa Card | | 1,000.00 | 1,000.00 |
| 07/18/17 | 1021 | Laura Weng | Accounting Consulting | | 1,427.50 | 1,427.50 |
| 07/19/17 | 1022 | Felix Bruce Quinn | Expense Reimbursement-Supplies | | 13.98 | 13.98 |
| 07/19/17 | 1023 | Mauricio Gonzales | Expense Reimbursement-Supplies | | 44.58 | 44.58 |
| 07/19/17 | 1024 | Saturino Ramos | Expense Reimbursement-Medical Insurance | | 68.00 | 68.00 |
| 07/19/17 | 1025 | U.S Trustee | US Trustee | | 325.00 | 325.00 |
| 07/19/17 | 1026 | A&A Turn | PO#11892 | | 1,868.00 | 1,868.00 |
| 07/20/17 | 1027 | Evelyn Velardee | Reload Prepaid Visa Card | | 2,500.00 | 2,500.00 |
| 07/20/17 | 1028 | R&I Industries | PO#11887 | | 537.60 | 537.60 |
| 07/21/17 | 1029 | A&A Turn | PO#11733&11894 | | 347.50 | 347.50 |
| 07/21/17 | 1030 | Top Top Velarde's | PO#11898 | | 1,500.00 | 1,500.00 |
| 07/25/17 | 1033 | FedEx freight | Freights | | 831.92 | 831.92 |
| 07/29/17 | 1034 | The home Depot | Wood for the Crates | | 108.65 | 108.65 |
| 07/29/17 | 1035 | The home Depot | Wood for the Crates | | 30.56 | 30.56 |
| | | | | | | |
| | | | | | | |
| 07/03/17 | Pre-Auth Debit | Cash Management | Monthly Maintenance | | 48.00 | 48.000 |
| 07/12/17 | Pre-Auth Debit | Kaiser | Health  Insurance | | 118.19 | 118.19 |
| 07/20/17 | Pre-Auth Debit | Frontier.com | Internet | | 388.89 | 388.89 |
| 07/20/17 | Pre-Auth Debit | Frontier.com | Phone Lines | | 1,693.21 | 1,693.21 |
| 07/21/17 | Pre-Auth Debit | Federal Express | FedEx Ground | | 2,739.24 | 2,739.24 |
| 07/26/17 | Pre-Auth Debit | Pay Pal- Jameco | Jameco PO# | | 64.84 | 64.84 |
| 07/26/17 | Pre-Auth Debit | PayPal-US Postal | 2 rolls of Stamps | | 99.75 | 99.75 |
| 07/25/17 | Pre-Auth Debi | Frontier.com | Internet | | 389.09 | 389.09 |
| 07/31/17 | Pre-Auth | Federal Express Debit | FedEx Ground | | | 1,239.11 |

AFDOCS/15322526.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | Debit | | | | 1,239.11 | |
| 07/31/17 | Pre-Auth Debit | Southern Cal Edison | Electricity Bill | | 1,520.11 | 1,520.11 |
| | | | | | | |
| | | | | | | |
| | TOTAL DISBURSEMENTS THIS PERIOD: | | | $0 | $98,768.76 | $98,768.76 |

in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in
ou.
ll in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

AFDOCS/15322526.1

OPERATING ACCOUNT
BANK RECONCILIATION

Bank statement Date: 7/31/2017      Balance on Statement:      $4,915.98

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT      $0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:      $0.00

Bank statement Adjustments:      _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:      $4,915.98

* It is acceptable to replace this similar form
** Please attach a detailed explanation of any bank statement adjustment

AFDOCS/15322526.1

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

| | | |
|---|---|---|
| 1. | TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 172,005.67 |
| 2. | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 167,775.36 |
| 3. | BEGINNING BALANCE: | $4,230.31 |
| 4. | RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | $65,909.17 |
| 5. | BALANCE: | $70,139.48 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | $66,348.44 |
| 7. | ENDING BALANCE: | $3,791.04 |

8.   PAYROLL Account Number(s):          XX-XXXX7868

Depository Name & Location:
East West Bank
9300 Flair Drive, Suite 106
El Monte, CA 91731

AFDOCS/15067745.1
AFDOCS/15322526.1

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| 7/14/17 | n/a | Paychex | Payroll | 30,504.30 |
| 7/14/17 | n/a | Paychex | Payroll | 30,693.29 |
| 7/28/17 | Wire Transfer | Wire Transfer to acct# 7861 | Wire Transfer to acct# 7861 | 5,000.00 |
| 7/14/17 | n/a | Paychex | Time machine for Payroll | 150.85 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $66,348.44 |

AFDOCS/15067745.1
AFDOCS/15322526.1

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: ___7/31/17___     Balance on Statement: _____3,791.04

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                              $0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                              $

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                              $3,791.04

\* It is acceptable to replace this similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

AFDOCS/15067745.1
AFDOCS/15322526.1

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

| | | |
|---|---|---|
| 1. | TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | $500 |
| 2. | LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 24.00 |
| 3. | BEGINNING BALANCE: | $476.00 |
| 4. | RECEIPTS DURING CURRENT PERIOD:<br>(Transferred from General Account) | $0.00 |
| 5. | BALANCE: | $476.00 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>TOTAL DISBURSEMENTS THIS PERIOD: *** | $14.00 |
| 7. | ENDING BALANCE: | $462.00 |

8. TAX Account Number(s):          XX-XXXX-7875

                                   East West Bank
   Depository Name & Location:     9300 Flair Drive ,Suite 106
                                   El Monte, CA 91731

AFDOCS/15067745.1
AFDOCS/15322526.1

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 07/31/17 | n/a | East West Bank | Maintenance fee | 14.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $14.00 |

AFDOCS/15067745.1
AFDOCS/15322526.1

TAX ACCOUNT

## BANK RECONCILIATION

| Bank statement Date: | 7/31/17 | Balance on Statement: | 462.00 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                           $0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                           $0.00

Bank statement Adjustments:                                      _____

Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                                             $462.00

* It is acceptable to replace this similar form
** Please attach a detailed explanation of any bank statement adjustment

AFDOCS/15067745.1
AFDOCS/15322526.1

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | $0.00 |

AFDOCS/15322526.1

## I. CASH RECEIPTS AND DISBURSEMENTS
### C. (OPERATING DEPOSIT ACCOUNT)

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR  ACCOUNT REPORTS | $85,358.49 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | $29,000.00 |
| 3. BEGINNING BALANCE: | $56,358.49 |
| 4. RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | $87,460.57 |
| 5. BALANCE: | $143.819.06 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD  TOTAL DISBURSEMENTS THIS PERIOD: *** | $133,211.11 |
| 7. ENDING BALANCE: | 10,607.95 |

8. TAX Account Number(s):

| | |
|---|---|
| | XX-XXXX-8162 |
| | East West Bank |
| Depository Name & Location: | 9300 Flair Drive ,Suite 106 |
| | El Monte, CA 91731 |

**TOTAL DISBURSEMENTS FROM OPERATING/MISC. DEPOSIT ACCOUNT FOR CURRENT PERIOD**

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 07/06/17 | n/a | DIP Acct. No. 7861 | Account Transfer | 12,000 |
| 07/06/17 | n/a | DIP Acct. No. 7861 | Account Transfer | 30,000 |
| 07/12/17 | n/a | DIP Acct. No. 7868 | Account Transfer | 15,000 |
| 7/13/17 | n/a | DIP Acct. No. 7861 | Account Transfer | 11,000 |
| 7/13/17 | n/a | DIP Acct. No. 7868 | Account Transfer | 11,900 |
| 7/19/17 | n/a | DIP Acct. No. 7861 | Account Transfer | 6,000 |
| 7/20/17 | n/a | Wire Transfer | Wire Transfer Fee | 10.00 |
| 7/21/17 | n/a | Wire Transfer | Wire Transfer Fee | 10.00 |
| 7/21/17 | n/a | DIP Acct. No.7861 | Account Transfer | 6,000 |
| 7/25/17 | n/a | DIP Acct. No. 7861 | Account Transfer | 2,000 |
| 7/25/17 | n/a | DIP Acct. No. 7868 | Account Transfer | 39,000 |
| 7/3/17 | n/a | Merchant Service Fee | Credit Card Fee | 291.11 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL DISBURSEMENTS THIS PERIOD: |  |  |  | $133,211.00 |

AFDOCS/15322526.1

## OPERATING DEPOSIT ACCOUNT BANK RECONCILIATION

Bank statement Date: _____7/31/17_____    Balance on Statement: _____10,607.95_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT _____    _____    | $0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

TOTAL OUTSTANDING CHECKS: | $0.00 |

Bank statement Adjustments: _____

Explanation of Adjustments-

| |

ADJUSTED BANK BALANCE: | $0.00 |

\* It is acceptable to replace this similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

AFDOCS/15322526.1

~~Main Document~~ INANCIAL SCHEDULE 15 OF 21

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |  |
|---|---|---|
| General Account: | | 4,915.98 |
| Payroll Account: | | 3,791.04 |
| Tax Account: | | 476.00 |
| *Other Accounts: | Operating Deposit Account | 10,607.95 |
| | | |
| * Other Monies: | | |
| | **Petty Cash (from below): | |

**TOTAL CASH AVAILABLE:** | $19,790.97

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:** | $0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

AFDOCS/15322526.1

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Ford Credit | Monthly | 665.92 | 0 | $0.00 |
| Pacific Safeway LP | Monthly | 14,395.92 | 0 | $0.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | $0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: TBD

Total Wages Paid: $61,197.59

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | Paid Through Paychex | $0.00 | |
| State Withholding | Paid Through Paychex | $0.00 | |
| FICA- Employer's Share | Paid Through Paychex | $0.00 | |
| FICA- Employee's Share | Paid Through Paychex | $0.00 | |
| Federal Unemployment | Paid Through Paychex | $0.00 | |
| Sales and Use | TBD | | |
| Real Property | n/a | n/a | n/a |
| Other: | | | |
| TOTAL: | $0.00 | $0.00 | |

AFDOCS/15322526.1

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  | n/a | $25,731.43 |
| 31 -60 days | n/a | n/a | $27,340.94 |
| 61 - 90 days | n/a | **$9,752.85 | n/a |
| 91 - 120 days | n/a | $7,654.66 | n/a |
| Over 120 days |  | $268,409.13 | n/a |
| TOTAL: | $0 | $285,816.64 | $53,072.37 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Evanston | $1,000,000 | 3/04/18 | 8/30/17 |
| Worker's Compensation | AmTrust North America | $1,000,000 | 12/31/17 | Paid biweekly through Paychex as part of payroll |
| Casualty |  |  |  |  |
| Vehicle | Infinity Commercial Auto | $100,000 | 9/15/17 | 8/15/17 |
| Others:    D&O | AIG | $3,000,000 | 3/04/18 | 8/30/17 |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 6/30/2017 | ***$274,146.48 | $1,950 | To be paid | 325 | $1625 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | $0.00 |  | $325 | $1625.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

\*\* Note that per the Company's Accounts Receivables Report, some of this amount may in fact constitute post-petition account receivables.

\*\*\* Does not include $63,500 in inter-account transfers during the quarter.

AFDOCS/15322526.1

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Noel Cherowbrier | Insider Comp. Ntc. Served 6/6/17 | $5,769.23 (biweekly) | $11,538.46 |
| Mi "Michael" Zhang | Insider Comp. Ntc. Served 6/6/17 | $1,923.08 (biweekly) | $0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $l,000/week, $2,500/month)

AFDOCS/15322526.1

(ACCRUAL BASIS ONLY)  *WILL BE SUPPLEMENTED WHEN DOCUMENTATION AND CURRENT INFORMATION IS AVAILABLE –*
*SEE ATTACHED BANK ACCOUNT STATEMENTS FOR POST-PETITION FINANCIAL ACTIVITY*

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | | |
| **Gross Profit** | | |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll – Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | | |
| Net Gain/(Loss) from Operations | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | | |
| **NET INCOME/(LOSS)** | | |

(Attach exhibit listing all itemizations required above)

AFDOCS/15322526.1

X-8  BALANCE SHEET

(ACCRUAL BASIS ONLY) *WILL BE SUPPLEMENTED AS SOON AS ACCURATE INFORMATION IS AVAILABLE – SEE ATTACHED BANK ACCOUNT STATEMENTS FOR POST-PETITION FINANCIAL ACTIVITY*

| | Current Month End |
|---|---|
| **ASSETS** | |
| Current Assets: | |
| Unrestricted Cash | |
| Restricted Cash | |
| Accounts Receivable | |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Itemize) | |
| Total Current Assets | |
| Property, Plant, and Equipment | |
| Accumulated Depreciation/Depletion | |
| Net Property, Plant, and Equipment | |
| Other Assets (Net of Amortization): | |
| Due from Insiders | |
| Other (Itemize) | |
| Total Other Assets | |
| **TOTAL ASSETS** | |
| **LIABILITIES** | |
| Postpetition Liabilities: | |
| Accounts Payable | |
| Taxes Payable | |
| Notes Payable | |
| Professional fees | |
| Secured Debt | |
| Other (Itemize) | |
| Total Postpetition Liabilities | |
| Prepetition Liabilities: | |
| Secured Liabilities | |
| Priority Liabilities | |
| Unsecured Liabilities | |
| Other (Itemize) | |
| Total Prepetition Liabilities | |
| **TOTAL LIABILITIES** | |
| **EQUITY:** | |
| Prepetition Owners' Equity | |
| Postpetition Profit/(Loss) | |
| Direct Charges to Equity | |
| **TOTAL EQUITY** | |
| **TOTAL LIABILITIES & EQUITY** | |

AFDOCS/15322526.1

## XL QUESTIONAIRE

|  |  | No | Yes |
|---|---|---|---|

1. Has the debtor-in-posession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:

    No ☒   Yes ☐

_____

2. Has the debtor-in-posession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:

    No ☒   Yes ☐

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization
   *The Debtor continues to try to stabilize operations and expects to be in a position to consider possible exit strategies soon. Given that consensual cash collateral usage expires on August 31, 2017, the Debtor expects to have a better idea with respect to exit strategies prior to that date.*

_____

4. Describe potential future developments which may have a significant impact on the case:
   *A hearing on cash collateral and debtor in possession financing is currently set for August 31, 2017 and the Debtor will file a proposed budget and have a better idea regarding appropriate exit strategies at that date.*

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.

    No ☒   Yes ☐

_____

I,    Noel Cherowbrier, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_8 / 16 / 17_
Date

_____
Noel Cherowbrier, CEO

Page 21 of 21

AFDOCS/15322526.1

# EAST WEST BANK

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page 1 of 7
STARTING DATE: July 01, 2017
ENDING DATE: July 31, 2017
Total days in statement period: 31

███████7861
( 28)

T3 MOTION, INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 17-14082
OPERATING ACCOUNT
5181 EDISON AVE
CHINO CA 91710-5718

> Go paperless with eStatements!
> Receiving your statements online can
> save you time and help the environment.
> You can access up to seven years of
> account history with just a click! Log in to
> your online banking account to switch
> today!

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | ███████7861 | Beginning balance | $31,684.74 |
| Enclosures | 28 | Total additions (7) | 72,000.00 |
| Low balance | $1,790.81 | Total subtractions (38) | 98,768.76 |
| Average balance | $18,112.45 | Ending balance | $4,915.98 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-06 | Onin Bkg Trft C | FR ACC 05500008162 | 12,000.00 |
| | 07-06 | Onin Bkg Trft C | FR ACC 05500008162 | 30,000.00 |
| | 07-13 | Onin Bkg Trft C | FR ACC 05500008162 | 11,000.00 |
| | 07-19 | Onin Bkg Trft C | FR ACC 05500008162 | 6,000.00 |
| | 07-21 | Onin Bkg Trft C | FR ACC 05500008162 | 6,000.00 |
| | 07-25 | Onin Bkg Trft C | FR ACC 05500008162 | 2,000.00 |
| | 07-28 | Onin Bkg Trft C | FR ACC 05500007868 | 5,000.00 |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 103 | 07-03 | 2,416.50 | 1021 | 07-25 | 1,427.50 |
| 1003 * | 07-05 | 3,588.50 | 1022 | 07-20 | 13.98 |
| 1004 | 07-05 | 430.00 | 1023 | 07-20 | 44.58 |
| 1006 * | 07-05 | 2,000.00 | 1024 | 07-26 | 68.00 |
| 1007 | 07-05 | 2,000.00 | 1025 | 07-26 | 325.00 |
| 1009 * | 07-05 | 1,745.00 | 1026 | 07-20 | 1,868.00 |
| 1010 | 07-03 | 2,760.00 | 1027 | 07-20 | 2,500.00 |
| 1013 * | 07-12 | 14,395.92 | 1028 | 07-24 | 537.60 |
| 1014 | 07-10 | 13,580.49 | 1029 | 07-24 | 347.50 |
| 1015 | 07-12 | 25,311.33 | 1030 | 07-25 | 1,500.00 |
| 1016 | 07-13 | 7,446.80 | 1033 * | 07-28 | 831.92 |
| 1017 | 07-10 | 2,500.00 | 1034 | 07-31 | 108.65 |
| 1018 | 07-14 | 269.00 | 1035 | 07-31 | 30.56 |
| 1019 | 07-18 | 1,421.50 | * Skip in check sequence | | |
| 1020 | 07-12 | 1,000.00 | | | |

3409    rev 05-16

# EAST WEST BANK

9300 Flair Drive Suite 106
El Monte CA 91731

T3 MOTION, INC

## DEBITS

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 07-03 | Cash Managemnt | BB PREMIER MONTHLY MAINTENANCE | 48.00 |
| 07-12 | Preauth Debit | KAISERDUES 8007314661 170712 | 118.19 |
| 07-20 | Preauth Debit | FRONTIER ONLINE E-BILL 170720 | 388.89 |
| 07-20 | Preauth Debit | FRONTIER ONLINE E-BILL 170720 | 1,693.21 |
| 07-21 | Preauth Debit | FEDERAL EXPRESS DEBIT 170721 MMA25066572 | 2,739.24 |
| 07-25 | Preauth Debit | FRONTIER ONLINE E-BILL 170725 | 389.09 |
| 07-26 | Preauth Debit | PAYPAL INST XFER 170726 | 64.84 |
| 07-26 | Preauth Debit | PAYPAL INST XFER 170726 | 99.75 |
| 07-31 | Preauth Debit | FEDERAL EXPRESS DEBIT 170731 MMA25143782 | 1,239.11 |
| 07-31 | Preauth Debit | SO CAL EDISON CO BILL PAYMT 170731 | 1,520.11 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 06-30 | 31,684.74 | 07-13 | 5,344.01 | 07-24 | 5,520.51 |
| 07-03 | 26,460.24 | 07-14 | 5,075.01 | 07-25 | 4,203.92 |
| 07-05 | 16,696.74 | 07-18 | 3,653.51 | 07-26 | 3,646.33 |
| 07-06 | 58,696.74 | 07-19 | 9,653.51 | 07-28 | 7,814.41 |
| 07-10 | 42,616.25 | 07-20 | 3,144.85 | 07-31 | 4,915.98 |
| 07-12 | 1,790.81 | 07-21 | 6,405.61 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



| | | |
|---|---|---|
| 07/03/2017 | 103 | $2,416.50 |
| 07/05/2017 | 1006 | $2,000.00 |
| 07/03/2017 | 103 | $2,416.50 |
| 07/05/2017 | 1006 | $2,000.00 |
| 07/05/2017 | 1003 | $3,588.50 |
| 07/05/2017 | 1007 | $2,000.00 |
| 07/05/2017 | 1003 | $3,588.50 |
| 07/05/2017 | | $2,000.00 |
| 07/05/2017 | 1004 | $430.00 |
| 07/05/2017 | 1009 | $1,745.00 |
| 07/05/2017 | 1004 | $430.00 |
| 07/05/2017 | 1009 | $1,745.00 |

24



| | | |
|---|---|---|
| 07/03/2017 | 1010 | $2,760.00 |
| 07/03/2017 | 1010 | $2,760.00 |
| 07/12/2017 | 1013 | $14,395.92 |
| 07/12/2017 | 1013 | $14,395.92 |
| 07/10/2017 | 1014 | $13,580.49 |
| 07/10/2017 | 1014 | $13,580.49 |
| 07/12/2017 | 1015 | $25,311.33 |
| 07/12/2017 | 1015 | $25,311.33 |
| 07/13/2017 | 1016 | $7,446.80 |
| 07/13/2017 | 1016 | $7,446.80 |
| 07/10/2017 | 1017 | $2,500.00 |
| 07/10/2017 | 1017 | $2,500.00 |





| | | |
|---|---|---|
| 07/26/2017 | 1024 | $68.00 |
| 07/20/2017 | 1027 | $2,500.00 |
| 07/26/2017 | 1024 | $68.00 |
| 07/20/2017 | 1027 | $2,500.00 |
| 07/26/2017 | 1025 | $325.00 |
| 07/24/2017 | 1028 | $537.60 |
| 07/26/2017 | 1025 | $325.00 |
| 07/24/2017 | 1028 | $537.60 |
| 07/20/2017 | 1026 | $1,868.00 |
| 07/24/2017 | 1029 | $347.50 |
| 07/20/2017 | 1026 | $1,868.00 |
| 07/24/2017 | 1029 | $347.50 |



# EAST WEST BANK

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**

Page 1 of 2
STARTING DATE: July 01, 2017
ENDING DATE: July 31, 2017
Total days in statement period: 31
███████7868
( 0)

T3 MOTION, INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 17-14082
PAYROLL ACCOUNT
5181 EDISON AVE
CHINO CA 91710-5718

Go paperless with eStatements!
Receiving your statements online can
save you time and help the environment.
You can access up to seven years of
account history with just a click! Log in to
your online banking account to switch
today!

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | ███████7868 | Beginning balance | $4,230.31 |
| Low balance | $484.33 | Total additions (4) | 65,909.17 |
| Average balance | $6,618.78 | Total subtractions (4) | 66,348.44 |
| | | Ending balance | $3,791.04 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-10 | Pre-Auth Credit | PAYCHEX EIB INVOICE 170710 X72016400000066 | 9.17 |
| | 07-12 | Onin Bkg Trft C | FR ACC 05500008162 | 15,000.00 |
| | 07-13 | Onin Bkg Trft C | FR ACC 05500008162 | 11,900.00 |
| | 07-25 | Onin Bkg Trft C | FR ACC 05500008162 | 39,000.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 07-14 | Preauth Debit | PAYCHEX-HRS HRS PMT 170714 25337566 | 150.85 |
| 07-14 | Preauth Debit | PAYCHEX EIB INVOICE 170714 X72101300000443 | 30,504.30 |
| 07-27 | Preauth Debit | PAYCHEX EIB INVOICE 170727 X72268600000025 | 30,693.29 |
| 07-28 | Onln Bkg Trfn D | TO ACC 05500007861 | 5,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 4,230.31 | 07-13 | 31,139.48 | 07-27 | 8,791.04 |
| 07-10 | 4,239.48 | 07-14 | 484.33 | 07-28 | 3,791.04 |
| 07-12 | 19,239.48 | 07-25 | 39,484.33 | | |

3409    rev 05-16

**EAST WEST BANK**

9300 Flair Drive Suite 106
El Monte CA 91731

T3 MOTION, INC

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for<br>this period | Total<br>year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**

Page  1  of  1
STARTING DATE: July 01, 2017
ENDING DATE: July 31, 2017
Total days in statement period: 31

▉7875
( 0)

T3 MOTION, INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 17-14082
TAX ACCOUNT
5181 EDISON AVE
CHINO CA 91710-5718

Go paperless with eStatements!
Receiving your statements online can
save you time and help the environment.
You can access up to seven years of
account history with just a click! Log in to
your online banking account to switch
today!

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | ▉7875 | Beginning balance | $476.00 |
| Low balance | $476.00 | Total additions ( 0) | .00 |
| Average balance | $476.00 | Total subtractions ( 1) | 14.00 |
| | | Ending balance | $462.00 |

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|
| 07-31 | Maintenance Fee | 14.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 476.00 | 07-31 | 462.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409      rev 05-16

# EAST WEST BANK

9300 Flair Drive Suite 106
El Monte CA 91731

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**

Page  1  of  2
STARTING DATE: July 01, 2017
ENDING DATE: July 31, 2017
Total days in statement period: 31

8162
( 0)

T3 MOTION INC
CHAPTER DEBTOR IN POSSESSION
CASE #17-14082
OPERATING DEPOSIT ACCOUNT
5181 EDISON AVE
CHINO CA 91710

Go paperless with eStatements!
Receiving your statements online can
save you time and help the environment.
You can access up to seven years of
account history with just a click! Log in to
your online banking account to switch
today!

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | 8162 | Beginning balance | $56,358.49 |
| Low balance | $1,025.12 | Total additions (12) | 87,460.57 |
| Average balance | $22,466.78 | Total subtractions (12) | 133,211.11 |
| | | Ending balance | $10,607.95 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-10 | Pre-Auth Credit | MERCHANT SERVICE MERCH ADJ 170708 | |
| | | | 8018115819 | 249.78 |
| | 07-10 | Pre-Auth Credit | MERCHANT SERVICE MERCH DEP 170707 | |
| | | | 8018115819 | 4,809.23 |
| | 07-12 | Deposit | | 22,569.26 |
| | 07-14 | Pre-Auth Credit | MERCHANT SERVICE MERCH DEP 170714 | |
| | | | 8018115819 | 4,703.84 |
| | 07-20 | Wire Trans-IN | KWANGYEE(TIANJIN)INTERNATIONAL | 22,707.30 |
| | 07-20 | Deposit | | 15,319.52 |
| | 07-21 | Wire Trans-IN | KWANGYEE(TIANJIN)INTERNATIONAL | 2,500.00 |
| | 07-21 | Pre-Auth Credit | MERCHANT SERVICE MERCH DEP 170720 | |
| | | | 8018115819 | 1,432.61 |
| | 07-24 | Pre-Auth Credit | MERCHANT SERVICE MERCH DEP 170722 | |
| | | | 8018115819 | 3,586.20 |
| | 07-27 | Pre-Auth Credit | MERCHANT SERVICE MERCH DEP 170726 | |
| | | | 8018115819 | 2,503.23 |
| | 07-28 | Pre-Auth Credit | MERCHANT SERVICE MERCH DEP 170727 | |
| | | | 8018115819 | 6,970.27 |
| | 07-31 | Pre-Auth Credit | MERCHANT SERVICE MERCH DEP 170728 | |
| | | | 8018115819 | 109.33 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 07-03 | Preauth Debit | MERCHANT SERVICE MERCH FEE 170701 8018115819 | 291.11 |
| 07-06 | Onln Bkg Trfn D | TO ACC 05500007861 | 12,000.00 |
| 07-06 | Onln Bkg Trfn D | TO ACC 05500007861 | 30,000.00 |
| 07-12 | Onln Bkg Trfn D | TO ACC 05500007868 | 15,000.00 |

3409     rev 05-16

# EAST WEST BANK

9300 Flair Drive Suite 106
El Monte CA 91731

T3 MOTION INC

■■■■8162

| Date | Transaction Description | | Subtractions |
|------|------------------------|--|-------------:|
| 07-13 | Onln Bkg Trfn D | TO ACC 05500007861 | 11,000.00 |
| 07-13 | Onln Bkg Trfn D | TO ACC 05500007868 | 11,900.00 |
| 07-19 | Onln Bkg Trfn D | TO ACC 05500007861 | 6,000.00 |
| 07-20 | Service Charge | WIRE TRANS-IN | 10.00 |
| 07-21 | Service Charge | WIRE TRANS-IN | 10.00 |
| 07-21 | Onln Bkg Trfn D | TO ACC 05500007861 | 6,000.00 |
| 07-25 | Onln Bkg Trfn D | TO ACC 05500007861 | 2,000.00 |
| 07-25 | Onln Bkg Trfn D | TO ACC 05500007868 | 39,000.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 06-30 | 56,358.49 | 07-13 | 3,795.65 | 07-24 | 42,025.12 |
| 07-03 | 56,067.38 | 07-14 | 8,499.49 | 07-25 | 1,025.12 |
| 07-06 | 14,067.38 | 07-19 | 2,499.49 | 07-27 | 3,528.35 |
| 07-10 | 19,126.39 | 07-20 | 40,516.31 | 07-28 | 10,498.62 |
| 07-12 | 26,695.65 | 07-21 | 38,438.92 | 07-31 | 10,607.95 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT FOR MONTH ENDING JULY 31, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/16/2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **08/16/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/16/2017 | AYLIN SOOKASSIANS | */s/ Aylin Sookassians* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

AFDOCS/15324234.1

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

M Douglas Flahaut on behalf of Debtor T3M Inc., a Delaware corporation
flahaut.douglas@arentfox.com

Kenneth T Law on behalf of Creditor United Parcel Service, Inc.
ken@bbslaw.com

Kerri A Lyman on behalf of Creditor Lender Collections LLC
klyman@irell.com

Aram Ordubegian on behalf of Debtor T3M Inc., a Delaware corporation
ordubegian.aram@arentfox.com

Mohammad Tehrani on behalf of U.S. Trustee United States Trustee (RS)
Mohammad.V.Tehrani@usdoj.gov

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

2. <u>**SERVED BY UNITED STATES MAIL**</u>

<u>**JUDGE**</u>

Honorable Scott H. Yun
United States Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

<u>**UNITED STATES TRUSTEE**</u>

Office of the United States Trustee
c/o Mohammad Tehrani
3801 University Ave., Ste. 720
Riverside, CA 92501

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.