| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TODD A. FREALY (SBN 198780 )<br>CHAPTER 7 TRUSTEE<br>3403 Tenth Street, Suite 709<br>Riverside, CA  92501<br>Telephone: (951) 784-4122<br>Facsimile: (951) 784-7143<br>Email: TAFTRUSTEE@LNBYB.COM<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>T3M INC., a Delaware corporation, | CASE NO.: 6:17-BK-14082-SY<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** |
| Debtor(s). | [No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements.  The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing.  Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is  12/31/2020  .

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

3. Cash disbursements period:  11/01/2018  to  10/31/2019 .
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date:  09/07/2018

/s/ Todd A. Frealy
*Signature of the chapter 7 trustee or the trustee's attorney*

TODD A. FREALY, CHAPTER 7 TRUSTEE
*Printed name of the chapter 7 trustee or the trustee's attorney*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

## DECLARATION OF TRUSTEE

I, Todd A. Frealy, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/07/2018 | Todd A. Frealy | /s/ Todd A. Frealy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 3      **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

Debtor, T3M Inc., a Delaware corporation (the "Debtor"), filed a Chapter 11 petition on May 15, 2017.  The case converted to one under Chapter 7 on September 26, 2017. Thereafter, Todd Frealy (the "Trustee") was appointed as the Chapter 7 Trustee in this case. Debtor was leasing their business location, 5181 Edison Avenue, Chino, CA 91710 (the "Business Location"), and assets of the estate have been removed.

In order to secure the books and records of the Debtor, Trustee has obtained a storage unit at Storage Outlet-Chino. The cost of the storage unit and insurance is $164.00 per month. The Trustee must retain the books and records to assist with the estate's potential avoidance actions and administration of the bankruptcy estate. The Trustee has already moved all of Debtor's financial and employee records from the Business Location to the Storage Outlet-Chino.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*   Page 4   **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____  Rent or Mortgage Payment

$ _____  Property Tax

$ _____  Insurance

$ _____  Utilities

$ _____  Repair and Maintenance

$ _____  Property Management

$ _____  Security Services

$ _____  Advertising Sale of Assets

$ _____  Actual Cost of Noticing, Copying and Postage

$ 164.00 _____  Storage of Estate Assets and/or Books and Records

$ _____  Long Distance Telephone

$ _____  Expedited Mail

$ _____  Teletransmission

$ _____  Delivery of Documents

$ _____  Filing and Process Serving

$ _____  Bank Charges for Research and/or Copies

$ _____  Clerk's Charges

$ _____  Court Reporting Fees

$ _____  Witness Fees

$ _____  Transcript Fees

$ _____  Notary Fees

$ _____  Recording Fees

$ _____  Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____  Other: _____

$ _____  Other: _____

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 5                        **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

$ _____ Other: _____

$ _____ Other: _____

$ _____ Other: _____

**Total:**  $ 164.00_____  Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

$_____ Locksmith Services

$_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

$_____ Advertising Sale of Assets

$_____ Books and Records Destruction Costs

$_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

$_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

$_____ Other: _____

$_____ Other: _____

$_____ Other: _____

**Total:**  $ 0.00_____  Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

In order to secure Debtor's books and records, Trustee has moved the items to a storage unit. Pursuant to LBR 2016-2(g), Trustee requests authorization to pay the ongoing storage unit fees during this cash disbursement period.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 6    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 10, 2018**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED NEF SERVICE LIST.**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 10, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
T3M Inc., a Delaware corporation
5181 Edison Ave.
Chino, CA 91710

**[ALL CREDITORS SERVED – SEE ATTACHED MATRIX]**    ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 10, 2018 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Scott R Albrecht    scott.albrecht@sgsattorneys.com, jackie.nguyen@sgsattorneys.com
- Todd A Frealy    taf@lnbrb.com
- Todd A. Frealy (TR)    taftrustee@lnbyb.com, taf@trustesolutions.net
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Lewis R Landau    Lew@Landaunet.com
- Kenneth T Law    ken@bbslaw.com
- Albert T Liou    aliou@lkpgl.com, fcastro@lkpgl.com
- Kerri A Lyman    klyman@irell.com
- Sean A OKeefe    sokeefe@okeefelc.com, seanaokeefe@msn.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Carmela Pagay    ctp@lnbyb.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- William B Skinner    will@skinneresq.com
- Mohammad Tehrani    Mohammad.V.Tehrani@usdoj.gov
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com
- Beth Ann R Young    bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Avon Tyres                               Computer Forensics Management
0973-6                                   4651 Prosper Dr                          11901 Santa Monica #475
Case 6:17-bk-14082-SY                    Stow, OH 44224-1064                      Los Angeles, CA 90025-5184
Central District of California
Riverside
Fri Sep  7 16:56:46 PDT 2018

Lender Collections LLC                   Pope's Antiques & Auctions, Inc.         SLBIGGS
112 North Curry Street                   PO Box 2167                              10960 Wilshire Blvd 7th Fl
Carson City, NV 89703-4934               Yucca Valley, CA 92286-2167              Los Angeles, CA 90024-3710


(c)T3M INC., A DELAWARE CORPORATION      United Parcel Service, Inc.              Riverside Division
5187 EDISON AVE                          Bialson, Bergen & Schwab                 3420 Twelfth Street,
CHINO CA  91710-5718                     c/o Lawrence Schwab/Kenneth Law          Riverside CA 92501-3819
                                         633 Menlo Ave.
                                         Suite 100
                                         Menlo Park, CA 94025-4711

AT&T                                     AT&T Corp                                Airgas
208 S. Akard St.                         % AT&T Services, Inc                     1961 S Santa Fe Ave
Dallas, TX 75202-4206                    Karen A. Cavagnaro - Lead Paralegal      Los Angeles, CA 90021-2917
                                         One AT&T Way, Room 3A104
                                         Bedminster, NJ 07921-2693


Alltrax                                  American Alternative Insurance Corporation   American Eagle Wheel Coporation
PO Box 179                               Roanoke Group                            5780 Soestern Ct.
Wilderville, OR 97543-0179               1475 E Woodfield Rd #500                 Chino, CA 91710-7020
                                         Schaumburg, IL 60173-4903


American Electronic Resource Inc.        American Express Travel Related Services Com   American Made
3505 Cadillac Ave # A                    Inc.                                     8727 Utica Ave.
Costa Mesa, CA 92626-1464                c/o Becket and Lee LLP                   Rancho Cucamonga, CA 91730-5100
                                         PO Box 3001
                                         Malvern  PA 19355-0701

Anne H. Greenfield, Esq.                 Avaya Financial Services                 Avnet Electronics Marketing
8502 E Chapman Ave # 139                 4655 Great America Parkway               2211 South 47th Street
Orange, CA 92869-2461                    Santa Clara, CA 95054-1236               Phoenix, AZ 85034-6403


Avon Tyres                               Axis US                                  Axis US
4600 Prosper Drive                       725 S Figueroa St # 2250                 725 S. FIgueroa St. #2250
Stow, OH 44224-1063                      Los Angeles, CA 90017-5452               Los Angeles, CA 90017-5452


Bao Dong Wang                            Barney & Barney                          Beyond Century
30-501 QiXiangTai Rd                     1 Polaris, Suite 300                     21660 E. Copley Dr., Suite 268
HeXi Qu                                  Aliso Viejo, CA 92656-5358               Diamond Bar, CA 91765-4173
Tianjin China
CHINA

Bisco Industries                         Blakely, Sokoloff, Taylor & Zafman       Bloomfield Group
1500 North Lakeview Ave.                 3200 Park Center Drive, Suite 700        24532 Quintana Drive
Anaheim, CA 92807-1819                   Costa Mesa, CA 92626-7149                Mission Viejo, CA 92691-5010
```

Business Wire
101 California Street, 20th Floor
San Francisco, CA 94111-5845

CR&R Incorporated
11292 Western Avenue
PO Box 125
Stanton, CA 90680-0125

California Department of Tax and Fee Administration
Special Operations branch MIC 55
PO Box 942879
Sacramento CA  94279-0055

California Department of Tax and Fee Admin/S
PO Box 942879
Sacramento CA 94279-0055

Campagna's Concepts & Composites, I
5702 Rainbow Hill Rd
Agoura Hills, CA 91301-1425

Carlisle Transportation Products
1990 S Vintage Ave
Ontario, CA 91761-2819

Catalpa Group
P.O. Box 661506
Arcadia, CA 91066-1506

Century Spring Corp.
5959 Triumph St
Los Angeles, CA 90040-1609

Chaser Technologies, Inc.
PO Box 92917
City of Industry, CA 91715-2917

Chemtrec
2900 Fairview Park Dr
Falls Church, VA 22042-4513

ChunMin Zhang
23-5 BeiChen Qu
Tianjin China
CHINA

Clear Sky Law Group
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008-7383

Clear Sky Law Group PC
1300 Clay St Ste 600
Oakland CA 94612-1427

Coast Machining Specialist Corp.
7125 Fenwick Ln # O
Westminster, CA 92683-5239

Component Center
11208 Young River Ave
Fountain Valley, CA 92708-4109

Cordero Charitable Remainder Trust
P.O. Box 6240
Stateline, NV 89449-6240

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808-1646

County of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

Custom Carriages
18754 East Colonial Drive
Orlando, FL 32820-3000

Damion Hickman Design Inc.
26080 Towne Centre Drive
Foothill Ranch, CA 92610-3441

David Fausco
21411 Countryside Drive
Lake Forest CA 92630-6556

David Fusco
21411 Countryside Dr.
Lake Forest, CA 92630-6556

Daylight Transport, LLC
3200 S Hooper Ave
Los Angeles, CA 90011-2160

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Dial 800
c/o BARR Credit Services
5151 E Broadway Blvd Ste  800
Tucson AZ 85711-3775

Douglas M Rodgers
11131 Dunning St
Santa Fe Springs CA 90670-3529

E.R.S. Security Alarm System, Inc.
4538 Santa Anita Ave
El Monte, CA 91731-1318

EFax
6922 Hollywood Blvd. 5th Floor
Los Angeles, CA 90028-6125

EVlithium Limited
RM 1618B 16/F Ho King
Comm CTR 2-16 Fa Yuen St.
Mongkok Kln
HONG KONG

Elena Chan
229 Santa Cruz Road
Arcadia, CA 91007-3031

| | | |
|---|---|---|
| Epic Freight Solutions<br>15901 Hawthorne Blvd<br>Lawndale, CA 90260-2655 | Errol Higgins<br>16 Hughes Street, Suite C105<br>Irvine, CA 92618-1924 | Event Video<br>23520 Arminta St.<br>Canoga Park, CA 91304-5803 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FedEx<br>3965 Airways Blvd<br>Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Feng Shun Holdings Limited<br>Bldg 1602 Honghuajiayuan 108<br>Beiyuan Rd., Chaoyang District<br>Beijing<br>CHINA |
| Feng Xiao<br>CuiGexiang County, Nanying Road<br>ChaoYang District<br>Floor 3, No.2<br>Beijing, China | Flat Top Carts<br>966 Shulman Ave<br>Santa Clara, CA 95050-2822 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Ford Motor Credit Company LLC<br>P.O. Box 552679<br>Detroit, MI 48255-2679 | Forward SEO<br>1324 Lexington Ave #328<br>New York, NY 10128-1145 | Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board<br>Bankrutpcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Frazer, LLP<br>135 S State College Blvd Ste 300<br>Brea CA 92821-5819 | GD Signs<br>711 W. 17th St. STE G3<br>Costa Mesa, CA 92627-4347 |
| GG Capital & Investment Corporation<br>123 West Nye Ln., Ste. 129<br>Carson City, NV 89706-0838 | Global Logistical Connection<br>475 W Manville St<br>Compton, CA 90220-5619 | Globaltranz Enterprises, Inc.<br>7350 N Dobson Rd., Ste. 130<br>Scottsdale, AZ 85256-2711 |
| GlobeNewswire<br>P.O.Box 8500<br>Philadelphia, PA 19178-8500 | Hai Xu Yuan<br>1907, HongQi Rd<br>NanKai District<br>Tianjin, China<br>CHINA | Hartford Insurance<br>690 Asylum Avenue<br>Hartford, CT 06155-0002 |
| Hasler<br>478 Wheelers Farms Rd.<br>Milford, CT 06461-9105 | Have Inc.<br>309 Power Avenue<br>Hudson, NY 12534-2448 | Home Tech Solutions, Inc.<br>10600 S. De Anza Blvd<br>Cupertino, CA 95014-4450 |
| HongYuanDaCheng Ltd.<br>16-2-505 XinJiaYuan Rd<br>JinNan Qu<br>Tianjin, China<br>CHINA | HongYuanDaCheng Ltd.<br>16-2-505 XinJiaYuan Rd<br>JinNanQu<br>Tianjin China<br>CHINA | Howard Isaacs<br>5844 Graves Ave<br>Encino, CA 91316-1443 |
| Illinois Lock Company<br>301 W. Hintz Road<br>Wheeling, IL 60090-5700 | Illinois Pulley & Gear, Inc.<br>611 Lunt Ave # C<br>Schaumburg, IL 60193-4410 | Image Sensing Systems<br>500 Spruce Tree Centre<br>1600 University Ave. West<br>Saint Paul, MN 55104-3893 |

| | | |
|---|---|---|
| Industrial Metal Supply<br>8300 San Fernando Rd<br>Sun Valley, CA 91352-3222 | Jose Fernandez<br>206 S. Sullivan St., #10<br>Santa Ana, CA 92704-1638 | Joseph F Whitt Jr<br>4817 Fox Chase Road<br>Greensboro NC 27410-2517 |
| Joseph F. Whitts, Jr. (Jay)<br>4817 Fox Chase Road<br>Greensboro, NC 27410-2517 | Kelly Services<br>999 West Big Beaver Road<br>Troy, MI 48084-4716 | Kelly Services Inc<br>999 West Big Beaver<br>Troy MI 48084-4716 |
| Kenda Tires<br>7095 Americana Parkway<br>Reynoldsburg, OH 43068-4118 | Kimball Midwest<br>4800 Roberts Road<br>Columbus, OH 43228-9791 | Konica Minolta Business Solutions<br>100 Williams Drive<br>Ramsey, NJ 07446-2907 |
| LKP Global Law, LLP<br>1901 Avenue of the Stars #480<br>Los Angeles, CA 90067-6006 | La Habra Welding Supplies<br>2121 E Lambert Rd Suite 302<br>La Habra, CA 90631-5768 | Law Offices of Eric D. Morton<br>2173 Salk Ave # 250<br>Carlsbad, CA 92008-7383 |
| Lender Collections LLC<br>216 1St Avenue., Suite 333<br>Seattle, WA 98104-2534 | Lender Collections LLC<br>Irell & Manella LLP Attn: J M Reisner<br>840 Newport Center Drive Suite 400<br>Newport Beach CA 92660-6396 | Lender Collections LLC<br>c/o Jeffrey Reisner<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6396 |
| Lightning Bolt Inc.<br>3109 N. Cascade Ave<br>Colorado Springs, CO 80907-5185 | Line X of South Los Angeles<br>5901 Firestone Blvd<br>South Gate, CA 90280-3707 | Luckybike.com<br>3620 SW US Hwy 40<br>Blue Springs, MO 64015-4500 |
| Lynmar Distribution<br>1000 Progress Dr.<br>New Lisbon, WI 53950-1531 | Marketwired<br>100 N. Sepulveda Boulevard, Suite 3<br>El Segundo, CA 90245-5649 | McDonald<br>c/o Tiger Group<br>60 State Street, 11th Floor<br>Boston, MA 02109-1800 |
| McMaster Carr Supply Co.<br>9630 Norwalk Blvd<br>Santa Fe Springs, CA 90670-2954 | (c)MI 'MICHAEL' ZHANG<br>5187 EDISON AVE<br>CHINO CA  91710-5718 | Mi Zhang<br>Room 504<br>Building No 16 Tianyurongchang Cre<br>ShuangGang Town Jinnan District<br>Tianjin CHINA |
| Mi Zhang<br>Room504<br>Building No. 16 Tianyurongchang Cre<br>ShuangGang Town, Jinnan District<br>Tianjin, CHINA | Mitchell Silberberg & Knupp LLP<br>11377 W. Olympic Blvd.<br>Los Angeles, CA 90064-1683 | Mouser Electronics<br>1000 North Main Street<br>Mansfield, TX 76063-1514 |
| National Union Fire Insurance Company of Pit<br>Kevin J. Larner, Authorized Representati<br>80 Pine Street, 13th Floor<br>New York, NY 10005-1734 | Nawa Media<br>4430 E Miraloma Ave., Suite C<br>Anaheim, CA 92807-1840 | Newark In One<br>4801 N Ravenswood Ave.<br>Chicago, IL 60640-4478 |

(c)NOEL CHEROWBRIER
5187 EDISON AVE
CHINO CA 91710-5718

Noel Cherowbrier
970 Challenger St.
Chino, CA 91710

PTS Services
3511 S. Eastern Ave
Las Vegas, NV 89169-3314


Pacific Bell Telephone Company
% AT&T Services, Inc
Karen A. Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Pacific Safeway LP
dba Safeway Industries Park
1640 S. Sepulveda Blvd., Suite 214
Los Angeles, CA 90025-7535

Pacific Wire & Cable
1228 Village Way Ste. F
Santa Ana, CA 92705-4747


Pinpoint Electronics
3045 Haven Blvd # H133
Riverside, CA 92501

Qingdao Zhenghua Hand Truck Co LTD
Yinzhu Town Jiaonan
Qingdao China
CHINA

R&I Industries, Inc.
1876 S Taylor Pl
Ontario, CA 91761-5556


R&J Components
360 Rabro Dr
Hauppauge, NY 11788-4226

Reliance Plating & Coating, Inc.
1151 E Ash Ave
Fullerton, CA 92831-5017

Remington Pure
28165 Ave Crocker
Valencia, CA 91355-3440


Richardson & Patel
1100 Glendon Ave
Los Angeles, CA 90024-3525

Ricoh USA Inc
1055 W 7th St #2100
Los Angeles, CA 90017-2676

SBA Tek, Inc.
2010 W Chestnut Ave
Santa Ana, CA 92703-4342


Salesforce.com Inc
Bialson Bergen & Schwab
633 Menlo Ave Ste 100
Menlo Park CA 94025-4711

Salesforce.com Inc.
One Market, Suite 300
San Francisco, CA 94105-5188

Santa Fe Mold Company
11640 E. Washington Blvd.
Whittier, CA 90606-2425


Securities Transfer Corporation
2901 N Dallas Parkway, Suite 380
Plano, TX 75093-5990

Shop-Pro Equipment Inc
10706 S 147th St
Omaha, NE 68138-3945

Simon & Edward, LLP
3230 Fallow Field Drive
Diamond Bar, CA 91765-3479


Simon & Partners
Isle of Lucaya, Freeport
Grand Bahamas, Bahamas
BAHAMAS

Sonitrol Gold Coast
19 Spectrum Pointe Dr Ste 601
Lake Forest, CA 92630-2278

Spam Soap
3193 Red Hill
Costa Mesa, CA 92626-3432


Standard & Poor's Financial Service
55 Water Street
New York, NY 10041-0003

Steve Kuhn
765 N Cedar Dr
Covina CA 91723-1015

TAAD LLP
20955 Pathfinder Rd., Suite 100
Diamond Bar, CA 91765-4029


Team Worldwide
629 W Broadway
Winnsboro, TX 75494-2059

TeamLogic IT
25909 Pala #190
Mission Viejo, CA 92691-7948

Tube Service Co
9351 Norwalk Blvd
Santa Fe Springs, CA 90670-2974

| | | |
|---|---|---|
| UPS<br>55 Glenlake Parkway NE<br>Atlanta, GA 30328-3474 | UPS Supply Chain Solutions<br>12380 Morris Road<br>Alpharetta, GA 30005-4616 | US Securities & Exchange Commission<br>100 F Street NE<br>Washington DC 20549-0213 |
| US Securities & Exchange Commission<br>444 South Flower Street Suite 900<br>Los Angeles CA 90071-2934 | United States Trustee (RS)<br>3801 University Avenue Suite 720<br>Riverside CA 92501-3265 | W TSUMPES<br>C/O J DELIKANAKIS SNELL & WILMER<br>3883 HOWARD HUGHES PKWY #1100<br>LAS VEGAS NV 89169-0965 |
| Walmart<br>702 Sw 8th St<br>Bentonville, AR 72716-6299 | Wayne Mitchell<br>708 Elizabeth St.<br>Key West, FL 33040-6402 | Worldwide Express OC<br>4 Executive Cir Ste 180<br>Irvine, CA 92614-6790 |
| YRC Freight<br>P.O. Box 100129<br>Pasadena, CA 91189-0129 | Aram Ordubegian<br>Arent Fox LLP<br>555 W 5th St 48th Fl<br>Los Angeles, CA 90013-1065 | Jeffrey M. Reisner<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660-6396 |
| Jeffrey M. Reisner<br>Irell & Manella LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6396 | Todd A. Frealy (TR)<br>3403 Tenth Street Suite 709<br>Riverside CA 92501-3641 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit
P.O. Box 537901
Livonia, MI 48153-7901

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| T3M Inc., a Delaware corporation<br>5181 Edison Ave.<br>Chino, CA 91710 | Mi 'Michael' Zhang<br>5181 Edison Ave.<br>Chino, CA 91710 | Noel Cherowbrier<br>5181 Edison Ave.<br>Chino, CA 91710 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Pacific Safeway, LP

(d)SLBiggs
10960 Wilshire Boulevard
7th Floor
Los Angeles, CA 90024-3710

(d)Avon Tyres
4651 Prosper Drive
Stow, OH 44224-1064

(d)Bao Dong Wang
30-501,QiXiangTai Rd
HeXi Qu
Tianjin, China
CHINA

(d)Beyond Century
21660 E. Copley Drive Suite 268
Diamond Bar, CA 91765-4173

(d)ChunMin Zhang
23-5 BeiChen Qu
Tianjin, China
CHINA

(d)Cordero Charitable Remainder Trust
PO BOX 6240
Stateline, NV 89449-6240

(d)EVlithium Limited
RM 1618B 16/F Ho King
Comm CTR 2-16 Fa Yuen St.
Mongkok Kln, HONG KONG

(d)Lender Collections LLC
112 North Curry Street
Carson City, NV 89703-4934

(d)The Bloomfield Group Inc
24532 Quintana Dr
Mission Viejo CA 92691-5010

(d)US Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549-0213

(d)US Securities & Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, CA 90071-2934

(u)XiaoGang Feng

(u)Yuan Jai Xu

(u)Alfonso Cordero

End of Label Matrix
Mailable recipients    163
Bypassed recipients     16
Total                  179